```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 10704
   YOLANDA LORESE DAVIS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-6780


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      The case was filed on 11/14/2006 and was not confirmed.

      The case was dismissed without confirmation 08/01/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------

JENNER & BLOCK             ADMINISTRATIV  NOT FILED            .00          .00
DAIMLER CHRYSLER FINANCI   SECURED NOT I       .00             .00          .00
CHRYSLER CREDIT            UNSECURED      NOT FILED            .00          .00
DAIMLER CHRYSLER FINANCI   SECURED NOT I   3289.44             .00      3289.44
DAIMLER CHRYSLER FINANCI   UNSECURED           .00             .00          .00
WELLS FARGO BANK           CURRENT MORTG       .00             .00          .00
WELLS FARGO BANK           MORTGAGE ARRE  16443.21             .00          .00
GMAC MORTGAGE CORP         CURRENT MORTG       .00             .00          .00
GMAC MORTGAGE CORP         MORTGAGE ARRE   1956.08             .00          .00
SALLIE MAE INC             UNSECURED       1646.07             .00          .00
SALLIE MAE INC             UNSECURED        908.03             .00          .00
SALLIE MAE LSCF            PRIORITY       NOT FILED            .00          .00
SALLIE MAE LSCF            PRIORITY       NOT FILED            .00          .00
SALLIE MAE                 PRIORITY       NOT FILED            .00          .00
AFNI                       UNSECURED      NOT FILED            .00          .00
AMC MORTGAGE SERVICES      UNSECURED      NOT FILED            .00          .00
AMC MORTGAGE SERVICES      UNSECURED      NOT FILED            .00          .00
ANDERSON FIN NETWORK       UNSECURED      NOT FILED            .00          .00
ARONSON FURNITURE          UNSECURED      NOT FILED            .00          .00
ARONSON FURNITURE          UNSECURED      NOT FILED            .00          .00
ASSET ACCEPTANCE LLC       UNSECURED      NOT FILED            .00          .00
AT & T BANKRUPCTY          UNSECURED      NOT FILED            .00          .00
CAPITAL ONE BANK           UNSECURED      NOT FILED            .00          .00
CAPITAL ONE BANK           UNSECURED      NOT FILED            .00          .00
CITY OF CHICAGO PARKING    UNSECURED         253.00            .00          .00
CODILIS & ASSOCIATES       UNSECURED      NOT FILED            .00          .00
COMCAST                    UNSECURED      NOT FILED            .00          .00
COMMONWEALTH EDISON        UNSECURED      NOT FILED            .00          .00
RESURGENT CAPITAL SERVIC   UNSECURED         411.62            .00          .00
CREDIT PROTECTION          UNSECURED      NOT FILED            .00          .00
DIRECTV                    UNSECURED      NOT FILED            .00          .00
FORD MOTOR CREDIT CORPOR   UNSECURED      NOT FILED            .00          .00
HSBC CARSON                UNSECURED      NOT FILED            .00          .00
JC PENNY                   UNSECURED      NOT FILED            .00          .00
NICOR GAS                  UNSECURED      NOT FILED            .00          .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 10704 YOLANDA LORESE DAVIS
```

```
PEOPLES GAS LIGHT & COKE    UNSECURED        NOT FILED              .00              .00
RIDDLE & ASSOCITES          UNSECURED        NOT FILED              .00              .00
RMI/MCSI                    FILED LATE             .00              .00              .00
SM SERVICING                UNSECURED        NOT FILED              .00              .00
AT & T BANKRUPCTY           UNSECURED        NOT FILED              .00              .00
US CELLULAR                 UNSECURED        NOT FILED              .00              .00
VILLAGE OF RIVERDALE        UNSECURED        NOT FILED              .00              .00
WELLS FARGO HOME MORTAGE    UNSECURED        NOT FILED              .00              .00
MATTHEW M LITVAK            DEBTOR ATTY            .00                               .00
TOM VAUGHN                  TRUSTEE                                              202.58
DEBTOR REFUND               REFUND                                             7,787.98

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                11,280.00

PRIORITY                                              .00
SECURED                                          3,289.44
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               202.58
DEBTOR REFUND                                    7,787.98
                       ---------------       ---------------
TOTALS                 11,280.00                11,280.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
    Dated: 12/05/07                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```